1 | MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
2 | KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th floor
4 | Los Angeles, CA  90071-1560
 Telephone:     (213) 683-9100
5 | Facsimile:     (213) 687-3702

6 | DAVID H. FRY (SBN 189276)
David.Fry@mto.com
7 | AARON G. LEIDERMAN (SBN 262540)
Aaron.Leiderman@mto.com
8 | MUNGER, TOLLES & OLSON LLP
 560 Mission Street,  27th floor
9 | San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
10 | Facsimile:     (415) 512-4077

11 | Attorneys for Third Party
WELLS FARGO BANK, N.A.

12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 |

16 | CITY OF ANN ARBOR EMPLOYEES'
RETIREMENT SYSTEM, et al.,
17 | Individually and On Behalf of All Others
Similarly Situated,
18 |
19 |                              Plaintiffs,
20 |     vs.
21 | CITIGROUP MORTGAGE LOAN
TRUST INC., et al.,
22 |
                              Defendants.
23 |
(*Pending in the U.S. District Court for the*
24 | *Eastern District of New York, No. 08-cv-*
*1418)*
25 |
26 |
27 |
28 |

Civ. Case No. 11-MC-80211 (Misc.) (JSW) (NMC)

CLASS ACTION

**STIPULATION AND [PROPOSED] ORDER RE TIMING OF WELLS FARGO PRODUCTION OF DOCUMENTS**

[Supporting Declaration of Aaron G. Leiderman filed concurrently herewith]

Magistrate Judge:  Hon. Nathanael Cousins

STIPULATION AND [PROPOSED] ORDER RE TIMING
OF WELLS FARGO PRODUCTION OF DOCUMENTS
CIV. CASE NO. 11-MC-80211 (MISC.) (JSW) (NMC)

1    WHEREAS, on November 14, 2011, this Court issued its Order Granting Motion

2  to Compel (Dckt #12) directing non-party Wells Fargo Bank, N.A. ("Wells Fargo") to produce

3  certain documents by November 30, 2011;

4    WHEREAS, counsel for Lead Plaintiffs and counsel for Wells Fargo have met and

5  conferred about the production deadline set by the Court and have agreed to a brief extension of

6  time within which Wells Fargo may produce the documents as directed by the Court;

7    WHEREAS, good cause exists for the agreed-upon brief extension of time,

8  including the Thanksgiving holiday and corresponding travel plans and absences of Wells Fargo's

9  outside counsel and staff, the volume of documents at issue (including loan files consisting of

10  over 850,000 pages of documents) and the fact that the loan files to be produced were identified

11  by Lead Plaintiffs only about one month ago;

12    WHEREAS, the deadlines set out in this stipulation represent Wells Fargo's best

13  estimate of reasonable time frames within which the documents at issue can be produced based on

14  the information currently available to it;

15    THEREFORE, subject to further revision as may be agreed upon by Lead

16  Plaintiffs and Wells Fargo, the parties hereto stipulate to the following deadlines for production:

17  1) All requested loan files (approximately 948 total) shall be produced on or before December 2,

18  2011; 2) The rest of the documents Wells Fargo previously agreed to produce, along with the

19  CQA reports, shall be produced on or before December 9, 2011.

20

21  DATED: November 30, 2011

                                     MUNGER, TOLLES & OLSON LLP
                                     MARC T.G. DWORSKY

22
                                     DAVID H. FRY
                                     KATHLEEN M. McDOWELL

23
                                     AARON G. LEIDERMAN

24
                                     By: _____
                                            Kathleen M. McDowell

25
                                     Attorneys for Third Party
                                     WELLS FARGO BANK, N.A.

26

27

28

STIPULATION AND [PROPOSED] ORDER RE TIMING
OF WELLS FARGO PRODUCTION OF DOCUMENTS
CIV. CASE NO. 11-MC-80211 (MISC.) (JSW) (NMC)

1  DATED: November 30, 2011          ROBBINS GELLER RUDMAN & DOWD LLP
                                     THOMAS E. EGLER
2                                    NATE LINDELL

3

4                                    By: _Thomas E. Egler, etc_____
                                         Thomas E. Egler
5
                                     Attorneys for Lead Plaintiffs
6                                    CITY OF ANN ARBOR EMPLOYEES
                                     RETIREMENT SYSTEM and GREATER
7                                    KANSAS CITY LABORERS PENSION FUND

8

9

10                                          ORDER

11

12

13          Pursuant to the stipulation of Lead Plaintiffs and Wells Fargo, the Court hereby

14  sets the following deadlines for production:  1)  All requested loan files (approximately 948 total)

15  shall be produced on or before December 2, 2011; 2) The rest of the documents Wells Fargo

16  previously agreed to produce, along with the CQA reports, shall be produced on or before

17  December 9, 2011.
            These dates may be further modified by Court order.
18
            IT IS SO ORDERED AS MODIFIED.
19

20

21  11/30/2011                      _____Nut_____

22                                          Hon. Nathanael M. Cousins

23

24

25

26

27

28

                                          STIPULATION AND [PROPOSED] ORDER RE TIMING
                            - 2 -        OF WELLS FARGO PRODUCTION OF DOCUMENTS
                                         CIV. CASE NO. 11-MC-80211 (MISC.) (JSW) (NMC)